# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

|  |  |  |
|---|---|---|
| **JANICE OUHRABKA,** | § § § § | |
| **Plaintiff** | § | **CIVIL ACTION NO. 4:20-CV-00215-RWS** |
| **v.** | § § | |
| **EXELTIS USA, INC.** | § § | |
| **Defendant.** | § § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as additional counsel for Defendant in the above-captioned action. Robert Francois Friedman will remain lead counsel. Contact information for the undersigned counsel for Defendants is:

John F. McCarthy
LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500, Lock Box 116
Dallas, Texas 75201-2931
Phone: (214) 880-8100
Fax: (214) 880-0181
jmccarthy@littler.com

Please enter this appearance on the Court's docket and electronically notify the undersigned of all the filings, notices, motions, etc. at the email address listed above.

Dated February 8, 2021.

Respectfully submitted,

*/s/ John F. McCarthy*
Robert F. Friedman
State Bar No. 24007207
John F. McCarthy
State Bar No. 13374500
Alisa V. Sherbow
State Bar No. 24113478

**LITTLER MENDELSON, P.C.**
A PROFESSIONAL CORPORATION
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX 75201.2931
214.880.8100 (Telephone)
214.880.0181 (Telecopier)
rfriedman@littler.com
jmccarthy@littler.com
asherbow@littler.com

**ATTORNEYS FOR DEFENDANT
EXELTIS USA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2021, the foregoing document was electronically filed in the above and foregoing with the Clerk of the Court, utilizing the ECF system, which sent notification of such filing to the following:

Robert E. Goodman, Jr.
Jessica Anderson
Kilgore & Kilgore, PLLC
3109 Carlisle Street
Dallas, Texas 75204
reg@kilgorelaw.com
jea@kilgorelaw.com

*/s/ John F. McCarthy*
John F. McCarthy

4822-5515-9515.1 106794.1001