# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| JANICE OUHRABKA, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:20-CV-00215-RWS |
| v. | § § | |
| EXELTIS USA, INC., | § § § | |
| Defendant. | § § § | |

## ORDER

Before the Court is the parties Joint Voluntary Dismissal of Claims With Prejudice Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii). Docket No. 92. The parties agree that the above-captioned action is voluntarily dismissed, with each party bearing their own costs and attorney fees. Having reviewed the motion, the Court is of the opinion that it should be **GRANTED**. Accordingly, it is

**ORDERED** the above-captioned matter is **DISMISSED WITH PREJUDICE**.

All other claims for relief are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 27th day of July, 2021.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE